**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Lexington Insurance Company, ) | No. CV 12-2119-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Scott Homes Multifamily, Inc., Silverbell ) | |
| 290 Limited Partnership, ) | |
| ) | |
| Defendants. ) | |
| ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the complaint fails to sufficiently plead jurisdiction.

First, the complaint cites 28 U.S.C. §§ 2201-2202 as a basis for jurisdiction. However, the Declaratory Judgment Act is not a basis for jurisdiction; thus, the complaint must establish a basis for federal subject matter jurisdiction independent from the Declaratory Judgment Act. *Skelly Oil Co. v. Phillips Petroleum Co.*, 339 U.S. 667, 672-674 (1950). Second, the complaint cites 28 U.S.C. § 1335, which is the interpleader statute. However, nothing in the complaint suggests Plaintiff is attempting to interplead funds with the Court.

Finally, the complaint cites 28 U.S.C. § 1332, diversity jurisdiction. However, the complaint fails to plead the citizenship of Defendant Scott Homes, Inc. *See Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192; - - - U.S. - - - (2010) (discussing the citizenship of a

1 corporation). It also fails to plead the citizenship of Defendant Silverbell 290 Limited
2 Partnership. *See Carden v. Arkoma Associates*, 494 U.S. 185, 195-96 (1990) (discussing the
3 citizenship of limited partnerships). The complaint also fails to plead the citizenship of
4 Timberline Village Corporation. *See Hertz Corp.*, 130 S. Ct. at 1192 (discussing the
5 citizenship of a corporation).

6 Based on the foregoing,

7 **IT IS ORDERED** that by December 19, 2012, Plaintiff shall file a supplement to the
8 complaint fully alleging federal subject matter jurisdiction, or this case will be dismissed,
9 without prejudice, for lack of federal subject matter jurisdiction.

10 DATED this 27th day of November, 2012.

James A. Teilborg
United States District Judge